**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 97-7316**

―――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EARNEST MCARN,

Defendant - Appellant.

―――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CR-94-83, CA-96-1637-4-22)

―――――――

Submitted:  December 18, 1997      Decided:  January 7, 1998

―――――――

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Earnest McArn, Appellant Pro Se.  Alfred William Walker Bethea,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order informing Appellant that he has thirty-four days to file an opposition to the Appellee's motion for summary judgment on Appellant's remaining 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) claims. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2